IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG 15 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

Clifton Phair
5483 Moores Run Drive
Baltimore, MD 21206
*
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.                                    *       Civil No.: WDQ 14 CV 2625
                                               (Leave blank. To be filled in by Court.)

Office of the Mayor, City of
Baltimore Attention:
Mayor Stephanie Rawlings-
Blake, 100 North Holliday
St. Balto, MD 21202
(Full name and address of the defendant(s))
**Defendant(s)**

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

Complaint (Rev. 12/2000)                      1

2.   The facts of this case are:

_see attached papers_

3. The relief I want the court to order is:

☑ Damages in the amount of: _Five Million Dollars ($5,000,000)_

☐ An injunction ordering: _____

☑ Other (explain) _Incarceration_

_8/15/14_
(Date)

_(Signature)_

Clifton Phair
5483 Moores Run Drive
Baltimore, MD 21206
410-598-5921

(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

FILED ___ENTERED
LODGED ___RECEIVED

AUG 1 5 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

My name is Clifton Phair. I am an American citizen. I am fifty years old. I am an honorably discharged veteran of the United States Army. I served four years of active military duty. I also received another honorable discharge for serving two years of inactive duty after completing my active duty. I am a husband and father. I am an African-American Male. I am a "Black Man in America". So, why is it alright to violate my civil rights and civil liberties? Why is it alright for individuals to cause me bodily harm and I have no one or place to report it? Why can I not get justice for civil criminal offenses committed against me? Why is it alright to wrongfully destroy the life of a black man in United States of America? Why is it wrong for me (A black man) to receive any form of justice for unlawful acts committed against me?

I ask these questions because I was bounded, beaten, framed and jailed by law enforcement officers and officials. I was restrained by being hand cuffed behind my back and sat on the ground by one police officer to be held for the arrival of another police officer to physically assault me. After being violently kicked and stomped by the arriving police officer I was framed with several false charges and lies by the officers in an attempt to cover up the police assault on me. These false charges and lies also violated my civil rights by preventing me from being granted any bail and filing charges against other individuals that had assaulted me. These actions were done intentionally by the officer that assaulted me to cause more harm. The two officers then appeared in court and testified against me. The testimony of the two officers were filled with lies and it was obvious that the officers were blatantly committing perjury. The testimony of the first officer was so bad that the prosecutor blatantly violated my rights by knowing that the first officer was lying but, altered the testimony of the second officer. The prosecutor knew by the testimony of the first officer that the two officers were committing perjury but, only tried to cover it up. Is it not true that the prosecutor must give knowledge of any information that they know of which may prove the defendant innocence? The prosecutor in the trial knowingly repeated false statements in the trial, misled and or neglected to share important information with the jury and different judges in the trial. Many acts committed by the prosecutor were unlawful and unethical. These violations of my rights and liberties are obvious and easy to recognize in the court procedures which consist of several days including postponements and the evidence that I have compiled.

The following information is an accurate account of the horrific lawlessness, abuse of power and authority inflicted against me by Baltimore City police and state of Maryland prosecutor.

## Statement Of Occurrence

The facts of this case Are:

On August 15, 2011 I Clifton Phair was at the home of Ms. Latarcha Hazelton located at 708 N. Lakewood Ave. Baltimore, Maryland 21205. Ms. Hazelton and I had gathered to have some drinks and discuss some problems that we were having in our relationship. During our conversation Ms. Hazelton became upset because I said that I would not leave my wife for her. Ms. Hazelton in a drunken rage reacted by violently pushing me into a ceiling heat vent. The heat vent burst open my head causing a lot of bleeding. Out of anger and frustration I cursed and slapped Ms. Hazelton's cell phone off a table nearby. Ms. Hazelton began yelling about her phone and attacked me by punching, scratching and clawing me. A struggle quickly followed as I tried to restrain Ms. Hazelton from attacking me while repeatedly telling her to stop hitting me. During the struggle Ms. Hazelton grabbed a pair of scissors and attempted to stab me in the chest. Out of reflex I block the scissors with my hand which resulted in her stabbing me in the hand with the scissors. As I pulled the scissors from my hand Ms. Hazelton grabbed a bar stool and tried hitting me with it. As Ms. Hazelton swung the bar stool at me I caught it in mid swing and we tussled over it. Ms. Hazelton was so intoxicated that she just pasted out in the middle of tussling over the bar stool. During the whole struggle I realized that Ms. Hazelton was a blacked-out drunk and I only tried to restrain her from attacking me while repeatedly telling her to stop hitting me. Just as Ms. Hazelton pasted out her daughter (Erika Hazelton, 24 years old) entered the room and jumped or grabbed me from behind. Out of reflex, fear, the confusion and being attacked from behind I turned and punch Erika Hazelton. I then immediately fled the house to avoid any further hostile confrontation.

I rushed to my truck and drove away from the house with thoughts of going to the police commissioner's office and filing charges concerning my injuries. During my drive in route to the commissioner's office I saw a Baltimore City police car parked at a gas station. I turned into the gas station and made contact with the police officer in the police car. The policeman was Officer Darwin Zambrana. I informed Officer Zambrana that I had been busted in the head and stabbed in the hand. Officer Zambrana asked me where did the being busted in the head and stabbed in the hand happen and I told him at 708 N. Lakewood Ave. Officer Zambrana then said that they (the police) had just gotten a call for that address. Officer Zambrana then said that he would call to find out what was going on there at the address. Officer Zambrana then made radio calls and contacted the officer on the seen at 708 N. Lakewood Ave. While Officer Zambrana was talking on the radio with the officer at 708 N. Lakewood Ave. I heard the officer on the other end of the radio

tell Officer Zambrana to place me under arrest and hold me until he got there (meaning hold me at the gas station until he personally arrived). Officer Zambrana then turned to me and said that he was told by the officer on the scene at 708 N. Lakewood Ave. to place me under arrest. I ask Officer Zambrana what was I being arrested for and he said that we would see when the officer at 708 N. Lakewood Ave. arrived. At that time Officer Zambrana told me to place my hands behind my back and I did. Officer Zambrana then placed handcuffs around both my wrist and sat me down on the ground.

After what seemed about twenty (20) minutes later the officer from 708 N. Lakewood Ave. arrived. The officer from N. Lakewood Ave. was Officer Tavon More. As Officer More approached Officer Zambrana and I he loudly stated "This motherfucker here is a fucking woman beater" (referring to me). I said in retaliation and my defense to Officer More "I'm not no woman beater. You can suck my dick". At that moment Officer More ran over to me (from about 25 feet away) while I was sitting on the ground with my hands cuffed behind my back and began kicking me in the left side of my body. Officer More kicked me several times in my left ribs and left upper chest causing me to fall over backwards. When I fell over backwards Officer More then stomped on me several times. While stomping and kicking on my body Officer More miss kicked and kicked me in the face bursting my lip from the inside of my mouth. Officer More kicked and stomped on me about sixteen (16) to twenty (20) times. The assault on me by officer More was so vicious that it caused my body to slide and scrape across the cement ground with skin burns and abrasions. The assault by Officer More caused my hands (which were pinned and handcuffed between my body and the ground) to scrape against the cement ground peeling my skin until the opposite end of my pinky fingernail was openly exposed and stick out.

The kicking and stomping on me by Officer More knocked the wind out of me (Stomped the air out of my lungs.) When Officer More finally stopped stomping and kicking on me I rolled over on my side. My mouth was filled with blood from the busted lip Officer More had caused me. I had no air in my lungs to help spit the blood out of my mouth so I used my tongue which caused blood to run down my chin. When Officer Zambrana saw the blood streaming from my mouth he said to Officer More: " Hey man, I think you fucked up. We need to take him to a hospital". A Short Time later a police wagon arrived. Officer More and an officer from the police wagon rolled me over on my stomach (face down) and placed plastic handcuffs around my ankles. Officer More and the officer from the police wagon picked me up faced down by the handcuffs around my wrist and ankles causing the metal handcuffs around my wrist to tighten as tight as possible. Officer More had intentionally sat the metal handcuffs in this mode to cause the handcuffs to cut into my wrist and cause as much pain as possible. As Officer More and the officer from the police wagon reached the police wagon the doors opened and the two officers swung my body using the handcuffs as handles and; On a count of one, two, three threw me into the police wagon face down, face first. The throwing of me into the police wagon this way caused my head, face and body to slam very hard into the steel floor of the police wagon. The officers closed the door to the police wagon and I was driven to John Hopkins Hospital. During the ride to John Hopkins Hospital I lay faced down on the steel floor of the police wagon with my hands handcuffed behind my back and my ankles cuffed together. Being cuffed in the back of the police wagon this way provided me with

no protection from the bumps, turns and potholes the vehicle encountered along the way to John Hopkins Hospital. The lack of protection during the ride caused my face, head and body to be constantly battered into the floor and walls of the police wagon during the ride to John Hopkins Hospital.

When the police wagon reached John Hopkins Hospital I was transported from the vehicle by two officers carrying me face down and by the handcuffs to intentionally induce as much pain as possible by the tightening of the handcuffs. As I was being carried in the hospital by the handcuff I repeatedly told Officer More and the other officer carrying me that the handcuffs were hurting and cutting me. I ask the two officers several times to stop carrying me that way. As I was carried past several John Hopkins Hospital medical personnel I ask that they stop the officers from hurting me like that. Every John Hopkins medical personnel that I past heard me, understood me but, only laughed along with the two police officers at me suffering in pain. The fact that I was suffering in such pain from the way that Officer More and the other officer were carrying me by the handcuffs became amusement or entertainment to all the John Hopkins Hospital employees that pasted. No one stopped to say what the officers were doing was wrong. No one stopped to ask the officers not to carry me that way. Officer More and the other officer were instructed by an employee at John Hopkins Hospital to bring me into a room and place me on a portable bed. Officer More and the other officer raised me by the handcuffs and place me on the portable bed. A John Hopkins medical staff tended to my head and my hand. Although I repeatedly stated that my side hurt the medical staff member just looked at my side and said it was alright.

While being treated a medical person from the hospital repeatedly asked me to explain to him what happened to cause my injuries. I repeatedly stated to him. that I did not want to talk about it., with Officer More present. Officer More refused to leave the room and again began stating loudly his theory that I assaulted and battered Ms. Hazelton. Officer Moore continued to repeat these accusations and the medical person began to record Officer More's accusations in the hospital report. For several hours I remain handcuffed to the portable bed. Several times Officer More came into the room, to try to probe me for a statement but, all I would say, is " I did not hit Ms. Hazelton". Each time Officer More would become angry, and would say things like: " She asked you to leave your wife, and you got mad and beat her up". Officer More would angrily state," You hit her with that Bar stool". "You're a women beater". Over a period of about two or three hours, Officer More repeatedly returned to my room and taunted me, making jokes and accusations along with a couple of Johns Hopkins staff members. Calling me a women beater and accusing me of assaulting Ms. Hazleton. At one point Officer More became so angry because I would not agree with his theory, that he picked up my cell phone while it was ringing and saw that my wife was calling (my cell phone displays the word wifey when my wife calls me). Officer More said to me in anger and as a attempt to make me give him a statement that if I did not give him a statement he would call my wife back and tell her I was with another women. I still refuse to give Officer More a statement, Officer More then picked up my cell phone and dialed my wife back. Officer More spoke to my wife telling her he had arrested me and that I was out cheating with another women. Officer More then hung up my phone and sat it back on the table across the room. I then said to Officer More: " You ain't shit". Officer More replied " I Am A

Baltimore City Police Officer". I said to Officer More: "You are a crooked cop. You are a black police officer in America violating other black people civil rights. You should be ashamed of yourself". Officer More continued to boast about being a Baltimore City policeman as if it meant that he was superior. Officer More continued to try and belittle me by taunting me and claiming himself superior to me for being a police officer.

I eventually became tied of Officer More's taunting and said to him: " You ain't shit. You're just a crooked cop working for a crooked city. You don't even know if you're going to have a pension when you retire. You're a fucking dumb bunny running around the streets playing soldier on your own people. If you wanted to be a soldier; you should have joint the military. You're nothing but a dumb Baltimore City policeman. Me, I've got two honorable discharges from the army. A real soldier. Not some fake as police wanna be". Officer More then said to me: "That's why I am going to tell them that you said you had military training and that you threaten to kill Ms. Hazelton when you get out. I'm going to tell them that you threaten to kill me and my family when you get out." As Officer More said this he was writing on a pad appearing to be including his false statement in the police report. At that moment Officer Zambrana walked in the room. Officer More then said: "And, I'm going to tell them that you kicked Officer Zambrana in the chest." Officer Zambrana then said: "Yeah, and I was fucking trying to help you." As if he (Officer Zambrana) was confirming that he would support Officer More's fake story. Officer More then said: "And, I'm going to tell them that you pulled out your dick and told me to suck it." Officer Zambrana said: "Yeah" then began laughing. The two officers continued to taunt and pick at me for several minutes. I said to them (the officers): "Man, leave me alone." I then closed my eyes and tried ignoring the officers. Officer More then began nudging my foot with his clipboard or pad and saying: "Wake up, you ain't getting no sleep. Wake up". I tried ignoring Officer More as if I were asleep but, Officer Moore only nudged my foot harder. I grew tied of Officer More jabbing my foot so, I began yelling for the nurse. When I opened my eyes I noticed that Officer Zambrana had left the room. Officer More began telling me to "Shut up" repeatedly but, I continued to yell for the nurse. Several hospital staff members ran in the room to see why I was yelling for the nurse. As the hospital members entered the room I was yelling for the nurse while at the same time Officer More was yelling at me to shut up. One of the hospital staff members asked what the problem was. I began explaining to the hospital staff members that Officer More was only in the room harassing me, taunting me and jabbing me in the foot to force me to stay awake. Officer More repeatedly yelled over my speech ; telling the hospital staff members I was just drunk and not to listen to me. Officer More spoke to the hospital staff members in a manner to disregard what I was saying while making several jokes with the staff concerning my situation. The hospital staff members laughed as if everything was a comedy show. When the hospital staff members left the room Officer More told me that he would put in his report that I was also loud and causing a disturbance at the hospital. A short time later I was taken to the Baltimore City Central Booking facility and jailed.

While in the Baltimore City Central Booking I waited several hour to see a court commissioner. Once in front of the court commissioner I was informed that I was being charged with the following crimes:

ASSAULT-FIRST DEGREE
ASSAULT-SECOND DEGREE
DANGEROUS WEAPON-INT/INJURE
RECKLESS ENDANGERMENT
ASSAULT-SECOND DEGREE
ASSAULT-SECOND DEGREE
INDECENT EXPOSURE
DISORDERLY CONDUCT

My bail was set at one-hundred thousand dollars ($100,000). The next morning before I had enough time to post bail I was forced into a bail review. During the bail review the prosecutors used the false statement made by officer More that I threaten to harm Ms. Hazelton, Officer More and his family to have my bail revoked. The judge at the bail review ruled because of the threats that I would have no bail. I then spent about forty-five days incarcerated at the Baltimore City Central Booking facility while awaiting a paid for bail review where I was released on one-hundred and fifty thousand dollars ($150,000) bail. The following seven pages are copies of the charging papers containing Officer More's statement of charges.